In the Supreme Court of Georgia

Decided: October 19, 2015

S15A1475. ALEXIS v. SHAW.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant to Supreme Court Rule 59.

Affirmed without opinion. All the Justices concur.